DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 471P13-2 | John Walter Lawson and Margaret (Meg) Elizabeth Lawson Darling v. Heidi Cavanagh Lawson; Jacqueline Cavanagh Hughes; Mark Caprise; Deputy Sheriff PJ Mullen, in his official capacity and individually; Deputy Sheriff Michael Brannon, in his official capacity and individually; Corporal Claybourn Harper, in his official capacity and individually; Sheriff William Schatzman, in his official capacity as Sheriff of Forsyth County, NC; Hartford Insurance, as surety; Lieutenant Max Creason, in his official capacity and individually; and Chief Kenneth Gamble | 1. Plts' *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-1224)<br><br>2. Plts' *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (Lt. Max Creason) Motion to Dismiss Appeal<br><br>4. Defs' (Schatzman, Mullen, Brannon, and Harper) Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed<br>**Ervin, J., recused** |
|---|---|---|---|
| 536P00-7 | Terrance L. James v. State of North Carolina | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **01/21/2016**<br><br>**Ervin, J., recused** |
| 629P01-5 | State v. John Edward Butler | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-558)<br><br>2. Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-886) | 1. Denied<br><br>2. Denied |